# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JUSTIN ALEXANDER, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DAPPER AND DASHING, LLC, TIP TOP TUX L.L.C., SUIT UP, INC., NFW ENTERPRISES, INC., T-1 COOPERATIVE, INC. D/B/A SAVVI FORMAL WEAR, AL'S FORMAL WEAR, INC., TIP TOP TUX, L.L.C. D/B/A AMERICAN COMMODORE TUXEDO, DREAM DRESS LLC, HEIGHTS, INC., D/B/A ANYA BRIDAL WAREHOUSE, TUXEDO CENTRAL, INC., JONATHAN SABOL, | ) ) ) ) ) ) ) ) ) ) )   Case No. 2:22-cv-02536-JPM-tmp |
|     Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Joint Stipulation of Dismissal, filed on January 23, 2023 (ECF No. 47), and the Court having entered an Order of Dismissal (ECF No. 48),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs, including attorneys' fees.

**APPROVED:**

  s/ Jon P. McCalla
_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  January 24, 2023
_____
Date